UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUSAM ELDEEN SAMER ELALAMI,           )
                                      )
        Plaintiff,                    )
                                      )   Civil Action No.
        v.                            )   24-12728-NMG
                                      )
FBI,                                  )
                                      )
        Defendant.                    )

ORDER

GORTON, J.

In an Order to Show Cause dated February 25, 2025, the Court ordered Husam Eldeen Samer Elalami to show cause no later than March 7, 2025, as to any reason why the Court should not dismiss this action without prejudice in favor of the earlier filed action. Docket No. 3. The Order stated that absent a response on or before March 7, 2025, the Court anticipates dismissing this action without prejudice. Id.

Plaintiff has not, to date, responded to the Order and the time to do so has expired. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter a separate order of dismissal.

So ordered.

                                      /s/ Nathaniel M. Gorton
                                      _____
                                      Nathaniel M. Gorton
                                      United States District Judge

Dated: 08/05/2025